J. B. MITCHELL, *Appellant,* v. P. C. SWAN, *Appellee.*

No. 17,618.

Appeal from Washington district court. Opinion filed May 11, 1912. Affirmed.

*Edgar Bennett,* for the appellant.

*S. H. Hamilton,* and *T. P. Roney,* for the appellee.

*Per Curiam:* Considered in the light most favorable to the plaintiff the evidence fails to establish employment by the defendant. The defendant was nothing more than the purchaser whom the plaintiff found for Atkinson's property.

The judgment is affirmed.